IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

TECMA TRANSPORTATION
SERVICES, LLC,

    Plaintiff,

vs.                      Case No. 2:22-cv-00456-GJf-KRS

200 SOUTH PEMBERTON, LLC,

    Defendant.

## NOTICE OF ENTRY OF APPEARANCE

COMES NOW Rodey, Dickason, Sloan, Akin & Robb, P.A. (Tyler M. Cuff and Jeffrey ("Randy") R. Taylor) and enters its appearance on behalf of Defendant 200 South Pemberton LLC in connection with the above-captioned matter.

RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.

By   /s/ Jeffrey R. Taylor
    Tyler M. Cuff
    Jeffrey R. Taylor
P.O. Box 1888
Albuquerque, NM 87103
(505) 765-5900
ssparks@rodey.com; rtaylor@rodey.com
*Attorneys for Defendant 200 South Pemberton LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on August 5, 2022, I filed the foregoing pleading electronically through the CM/ECF system, which caused all parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

By:   /s/ Jeffrey R. Taylor
    Jeffrey R. Taylor