**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

TECMA TRANSPORTATION
SERVICES, LLC,

    Plaintiff/Counter-Defendant,

      vs.                                Case No. 2:22-cv-00456-GJF-KRS

200 SOUTH PEMBERTON, LLC,

    Defendant/Counter-Claimant.

**DEFENDANT/COUNTERCLAIMANT 200 SOUTH PEMBERTON, LLC'S
CORPORATE DISCLOSURE STATEMENT**

COMES NOW Defendant/Counterclaimant 200 South Pemberton, LLC ("Pemberton") by and through its attorneys, Rodey, Dickason, Sloan, Akin & Robb, PA (Tyler M. Cuff and Jeffrey R. Taylor) and hereby makes the following disclosures pursuant to Fed. R. Civ. P. 7.1:

Pemberton is wholly owned by DD1 Real Estate Holding, LLC, a privately held limited liability company. No publicly held corporation owns 10% or more of Pemberton's stock.

                                  Respectfully submitted,

                                  RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.

                                  By   */s/ Jeffrey R. Taylor*
                                       Tyler M. Cuff
                                       Jeffrey R. Taylor
                                P.O. Box 1888
                                Albuquerque, NM 87103
                                (505) 765-5900
                                tcuff@rodey.com; rtaylor@rodey.com
                                *Attorneys for Defendant 200 South Pemberton LLC*

3842817.1

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on August 26, 2022, I filed the foregoing electronically, which caused all parties or counsel of record to be served by electronic means as more fully reflected on the Notice of Electronic filing:

By:   */s/ Jeffrey R. Taylor*
       Jeffrey R. Taylor