## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

Before the Honorable Kevin R. Sweazea
United States Magistrate Judge

### CLERK'S MINUTES

*TECMA Transportation Services, LLC v. 200 South Pemberton, LLC*
2:22-cv-456 GJF/KRS

---

### September 21, 2022

| | |
|---|---|
| **Attorney for Plaintiffs:** | Andrew Cavazos |
| **Attorneys for Defendants**: | Tyler Cuff and Randy Taylor |
| **Proceeding**: | Rule 16 Scheduling Conference |
| **Start Time:** | 10:00 a.m. |
| **Stop Time:** | 10:10 a.m. |
| **Total Time:** | 10 minutes |
| **Clerk:** | AC |

### NOTES

- The Court greets the parties and enters their appearances. Plaintiff's counsel states that due to the complexity of the case and Defendant's counterclaims, it is likely he will file a motion to amend the pleadings or join additional parties after the deadline proposed in the parties' Joint Status Report.

- The Court adopts the parties' Joint Status Report and Provisional Discovery Plan and sets the remaining dates and deadlines.

- After consultation with the parties, the Court sets a zoom settlement conference for August 23, 2023 at 9:00 a.m. The Court also sets a telephonic status conference for July 18, 2023 at 9:00 a.m. to ensure the parties are ready for the settlement conference.

- There being nothing further, Court adjourns.