IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

TECMA TRANSPORTATION
SERVICES, LLC,

    *Plaintiff/Counter-Defendant*,

v.                                                                  No. 2:22-CV-456 MV/KRS

200 SOUTH PEMBERTON, LLC,

    *Defendant/Counter-Plaintiff*.

## CERTIFICATE OF SERVICE

Pursuant to the applicable rules of civil procedure of the United States District Court for the District of New Mexico, Randy Taylor hereby certifies on June 23, 2023, counsel for Defendant/Counter-Plaintiff 200 South Pemberton, LLC served *via electronic mail* its **Responses and Objections to Plaintiff/Counter-Defendant TECMA Transportation Services, LLC's First Set of Interrogatories and First Set of Requests for Production of Documents** and on June 26, 2023, served by virtue of the Court's electronic filing system to all counsel and parties entitled to notice, as more fully set forth on the Court's Notification of Service a copy of this Certificate of Service.

                                              Respectfully submitted,

                                              RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.

                                              By:  /s/ Jeffrey R. Taylor
                                                        Tyler M. Cuff
                                                        Jeffrey R. Taylor
                                              Post Office Box 1888
                                              Albuquerque, New Mexico 87103
                                              Telephone:  (505) 765-5900
                                              tcuff@rodey.com
                                              rtaylor@rodey.com

                                              *Attorneys for Defendant 200 South Pemberton LLC*

4119636.1