**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

TECMA TRANSPORTATION SERVICES, LLC,

      *Plaintiff*,

vs.                                                   No. 2:22-CV-456-MV/KRS

200 SOUTH PEMBERTON, LLC,

      *Defendant*.

## CERTIFICATE OF SERVICE

I do hereby certify that together with this Certificate of Service the following was sent to all parties through their counsel of records via email:

1. Notice of Intention to take the Oral Deposition of George Rabitski
2. Notice of Intention to take the Oral Deposition of Daniel Dadoun

                                          Respectfully Submitted:

By: *(signature)*
      **VICTOR F. POULOS**
      State Bar No.: 3928
      **GREIG W. COATES**
      State Bar No.: 25103
      **ANDREW J. CAVAZOS**
      State Bar No.: 150020

      **POULOS & COATES, LLP**
      1802 Avenida de Mesilla
      Las Cruces, NM 88005
      PH: (575) 523-4444
      FAX: (575) 523-4440
      EMAIL: victor@pouloscoates.com
                  greig@pouloscoates.com
                  andrew@pouloscoates.com

      *Attorneys for Plaintiff*