IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

TECMA TRANSPORTATION
SERVICES, LLC,

    *Plaintiff/Counter-Defendant*,

v.   No. 2:22-CV-456 MV/KRS

200 SOUTH PEMBERTON, LLC,

    *Defendant/Counter-Plaintiff.*

## CERTIFICATE OF SERVICE

Pursuant to the applicable rules of civil procedure of the United States District Court for the District of New Mexico, Randy Taylor hereby certifies on July 5, 2023, counsel for Defendant/Counter-Plaintiff 200 South Pemberton, LLC served *via electronic mail* its **First Set of Interrogatories and First Requests for Production of Documents to TECMA Transportation Services, LLC** and on July 10, 2023, served by virtue of the Court's electronic filing system to all counsel and parties entitled to notice, as more fully set forth on the Court's Notification of Service a copy of this Certificate of Service.

    Respectfully submitted,

    RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.

    By:   /s/ Jeffrey R. Taylor
        Tyler M. Cuff
        Jeffrey R. Taylor
    Post Office Box 1888
    Albuquerque, New Mexico 87103
    Telephone: (505) 765-5900
    tcuff@rodey.com
    rtaylor@rodey.com

    *Attorneys for Defendant 200 South Pemberton LLC*

4126881.1