IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

TECMA TRANSPORTATION
SERVICES, LLC,

    *Plaintiff/Counter-Defendant*,

v.                                                                                                No. 2:22-CV-456 MV/KRS

200 SOUTH PEMBERTON, LLC,

    *Defendant/Counter-Plaintiff.*

## CERTIFICATE OF SERVICE

    Undersigned counsel hereby certifies on July 11, 2023, Defendant/Counter-Plaintiff 200 South Pemberton, LLC's served via electronic mail the notices of zoom deposition for deponents Alan Badillo and Luis Rubio.  Also, on this same date served by virtue of the Court's electronic filing system to all counsel and parties entitled to notice, as more fully set forth on the Court's Notification of Service a copy of this Certificate of Service.

    Respectfully submitted,

    RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.

    By:  /s/ Jeffrey R. Taylor
          Tyler M. Cuff
          Jeffrey R. Taylor
    Post Office Box 1888
    Albuquerque, New Mexico 87103
    Telephone:  (505) 765-5900
    tcuff@rodey.com
    rtaylor@rodey.com

    *Attorneys for Defendant 200 South Pemberton LLC*

1

4126994.1