IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

TECMA TRANSPORTATION SERVICES, LLC,

    Plaintiff/Counter-Defendant,

v.                                                                           No. 2:22-cv-456 MV/KRS

200 SOUTH PEMBERTON, LLC,

    Defendant/Counter-Plaintiff.

### ORDER ADOPTING PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

THIS MATTER is before the Court on Magistrate Judge Kevin R. Sweazea's Proposed Findings and Recommended Disposition ("PFRD"), filed June 27, 2023. (Doc. 30). Neither party has filed objections to the PFRD and the time for doing so has passed.

IT IS THEREFORE ORDERED that the Magistrate Judge's Proposed Findings and Recommended Disposition, (Doc. 30), are ADOPTED.

IT IS FURTHER ORDERED that Plaintiff/Counter-Defendant Tecma Transportation Services, LLC's Motion for Leave to File First Amended Complaint and Original Third-Party Complaint, (Doc. 22), is DENIED.

IT IS FURTHER ORDERED that **no later than August 4, 2023,** both parties shall file disclosure statements identifying the citizenship of their LLC members, as required by Fed. R. Civ. P. 7.1(a)(2).

_____
MARTHA VAZQUEZ
SENIOR UNITED STATES DISTRICT JUDGE