## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

TECMA TRANSPORTATION SERVICES, LLC,

      *Plaintiff/Counter-Defendant*,

vs.                             No.: 2:22-CV-456 MV/KRS

200 SOUTH PEMBERTON, LLC,

      *Defendant/Counter-Plaintiff.*

### PLAINTIFF/COUNTER-DEFENDANT TECMA TRANSPORTATION SERVICES, LLC'S CORPORATE DISCLOSURE STATEMENT

COMES NOW Plaintiff/Counter-Defendant TECMA Transportation Services, LLC ("TECMA") by and through its attorney of record Poulos & Coates, LLP (Victor F. Poulos and Andrew J. Cavazos) and hereby makes the following disclosures pursuant to Fed. R. Civ. P. 7.1:

TECMA Transportation Services, LLC is a privately owned limited liability company. No publicly held corporation owns 10% or more of TECMA Transportation Services, LLC.

                                   Respectfully Submitted:

                             By: _____

                               **VICTOR F. POULOS**
                               State Bar No.: 3928
                               **ANDREW J. CAVAZOS**
                               State Bar No.: 150020

                               **POULOS & COATES, LLP**
                               1802 Avenida de Mesilla
                               Las Cruces, NM 88005
                               PH: (575) 523-4444
                               FAX: (575) 523-4440
                               EMAIL: victor@pouloscoates.com
                                          greig@pouloscoates.com
                                          andrew@pouloscoates.com

                             *Attorneys for Plaintiff*