IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

TECMA TRANSPORTATION
SERVICES, LLC,

    Plaintiff/Counter-Defendant,

v.      No. 2:22-cv-00456-MV-KRS

200 SOUTH PEMBERTON, LLC,

    Defendant/Counter-Claimant.

### DEFENDANT/COUNTERCLAIMANT 200 SOUTH PEMBERTON, LLC'S AMENDED CORPORATE DISCLOSURE STATEMENT

COMES NOW Defendant/Counterclaimant 200 South Pemberton, LLC ("Pemberton") by and through its attorneys, Rodey, Dickason, Sloan, Akin & Robb, PA (Tyler M. Cuff and Jeffrey R. Taylor) and hereby makes the following disclosures pursuant to Fed. R. Civ. P. 7.1(a)(2):

Pemberton is wholly owned by DD1 Real Estate Holding, LLC, a privately held limited liability company, which is a citizen of Delaware and New Jersey. No publicly held corporation owns 10% or more of Pemberton's stock.

    Respectfully submitted,

    RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.

    By  */s/ Jeffrey R. Taylor*_____
        Tyler M. Cuff
        Jeffrey R. Taylor
    Post Office Box 1888
    Albuquerque, New Mexico  87103
    (505) 765-5900
    tcuff@rodey.com
    rtaylor@rodey.com

    *Attorneys for Defendant 200 South Pemberton LLC*

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on August 4, 2023, I filed the foregoing electronically, which caused all parties or counsel of record to be served by electronic means as more fully reflected on the Notice of Electronic filing:

By:   */s/ Jeffrey R. Taylor*
        Jeffrey R. Taylor