# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

TECMA TRANSPORTATION SERVICES, LLC,

      Plaintiff,

v.　　　　　　　　　　　　　　　　　　　　　　No. 2:22-cv-456 MV/KRS

200 SOUTH PEMBERTON, LLC,

      Defendant.

## CLERK'S MINUTES AND SETTLEMENT CONFERENCE MEMORANDUM

### Before Magistrate Judge Kevin R. Sweazea

Date and Time:　　　　**August 23, 2023 at 9:00 a.m. via Zoom**

Plaintiff's Counsel in Attendance:　　　　Appearances for Plaintiff:
Andrew Cavazos　　　　　　　　　　　　Miriam Kotkowski, Tecma President
Frances Nuno

Defendant's Counsel in Attendance:　　　Appearances for Defendant:
Randy Taylor　　　　　　　　　　　　　Daniel Dadoun, Pemberton principal/CEO
Tyler Cuff　　　　　　　　　　　　　　Gregory Rabitsky, Pemberton representative

___ **Case settled**.

_X_ **Case did not settle**. The Court encouraged the parties to contact the Court if they would like a second settlement conference.

___ **Settlement efforts to be continued.** _____.

_X_ **Via Zoom; Time in Court**: _ 2 hours___ .