**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

TECMA TRANSPORTATION SERVICES, LLC,

        *Plaintiff/Counter-Defendant*,

vs.                                             No. 2:22-CV-456 GJF/KRS

200 SOUTH PEMBERTON, LLC,

        *Defendant/Counter-Claimant*.

## MUTUAL MOTION FOR CONTINUANCE

**COME NOW**, the parties jointly, Plaintiff TECMA Transportation Services, LLC, by and through their attorneys of record, Poulos & Coates, LLC (Victor F. Poulos, Greig W. Coates, & Andrew J. Cavazos) and 200 South Pemberton, LLC, by and through their attorney of record Rodey Dickason Sloan Akin & Robb (Randy Taylor) and hereby request a continuance of the caes and discovery period and would show the Court as follows.

1. Discovery deadline was August 30, 2023

2. To date, further information continues to become available.

3. Based on the information regarding who may have knowledge of interactions between the parties, it is believed that further depositions and discovery must be conducted.

4. Pre-Trial Orders are due to the Court on November 28, 2023.

5. The parties ask this Court to grant this motion not for the purpose of delay, but so that justice can be done.

**WHEREFORE**, the parties respectfully request that the Court enters its Order continuing the case and discovery period. A form of Order granting this Motion is herewith submitted to the Court.

        Respectfully Submitted:

By: _____
    **VICTOR F. POULOS**
    State Bar No.: 3928
    **GREIG W. COATES**
    State Bar No.: 25103
    **ANDREW J. CAVAZOS**
    State Bar No.: 150020

**POULOS & COATES, LLP**
1802 Avenida de Mesilla
Las Cruces, NM 88005
PH: (575) 523-4444
FAX: (575) 523-4440
EMAIL: victor@pouloscoates.com
          greig@pouloscoates.com
          andrew@pouloscoates.com

***Attorneys for Plaintiff/Counter-Defendant***

Approved by:

*Approved via email 11/16/2023*
Tyler M. Cuff
Jeffrey R. Taylor
Rodey, Dickason, Sloan, Akin, & Robb, PA
P.O. Box 1888
Albuquerque, NM 87103
*Counsel for Defendant/Counter-Claimant*
*200 South Pemberton, LLC*