IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

TECMA TRANSPORTATION SERVICES, LLC,

    *Plaintiff*,

vs.                                                                      No. 2:22-CV-456 PJK/KRS

200 SOUTH PEMBERTON, LLC,

    *Defendant*.

## STIPULATION OF DISMISSAL

Plaintiff Tecma Transportation Services, LLC, and Defendant 200 South Pemberton, LLC, through their undersigned counsel, hereby stipulate and agree that the above-captioned case and cause of action are dismissed with prejudice, with each party to bear its own costs.

This stipulation is entered into in accordance with the provisions of Rules 41(a)(1)(A)(ii) and 41(c)(2) of the Federal Rules of Civil Procedure.

    Respectfully Submitted,

    By*: /S/ Victor F. Poulos 2/20/25*
        **VICTOR F. POULOS**

    **POULOS & COATES, LLP**
    1802 Avenida de Mesilla
    Las Cruces, NM 88005
    PH: (575) 523-4444
    FAX: (575) 523-4440
    EMAIL: victor@pouloscoates.com
                greig@pouloscoates.com
                andrew@pouloscoates.com

    *Attorneys for Plaintiff*

By: /s/Jeffrey R. Taylor 2/20/25
   Jeffrey R. Taylor
   **Rodey, Dickason, Sloan, Akin, & Robb, PA**
   P.O. Box 1888
   Albuquerque, NM 87103
   PH: (505) 765-5900
   FAX: (505) 768-7395
   EMAIL:
   RTaylor@rodey.com
   TCuff@rodey.com

   *Attorneys for Defendant 200 South Pemberton, LLC*

4711597v1