IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| TECMA TRANSPORTATION SERVICES, LLC,<br><br>   Plaintiff,<br>vs.<br><br>200 SOUTH PEMBERTON, LLC,<br><br>   Defendant. | No. 2:22-cv-456-PJK-KRS |

ORDER

THIS MATTER came on for consideration of the parties' Stipulation of Dismissal filed February 20, 2025 (ECF No. 44).

Upon consideration thereof, the case and cause of action are dismissed with prejudice, with each party to bear its own costs. The status conference set for February 27, 2025, (ECF No. 43) is hereby vacated and counsel are excused from attendance.

DATED this 21st day of February 2025, at Santa Fe, New Mexico.

                                            Paul Kelly, Jr.
                                            United States Circuit Judge
                                            Sitting by Designation